No. 79-1579. BECK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79-1582. COLEMAN, AKA COLEMAN-BEY, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Re-

No. 79-1585. TENCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79-1589. SANTOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79-1603. PEIFER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79-5839. HINES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79-5948. PRESTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79-5953. SPICER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79-5954. RUBIES ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79-5969. CALLABRASS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79-5980. YOUNG v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 79-5985. SALAAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79-5996. PEERY v. SIELAFF, CORRECTIONS DIRECTOR, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79-6002. PRADO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.